**SEALED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
~~TAMPA DIVISION~~
ORLANDO

UNITED STATES OF AMERICA

v.

CASE NO. 6:23-cr-171-RBD-DCI

18 U.S.C. § 875(c)
47 U.S.C. § 223(a)(1)(C)

STEPHEN JAY THORN

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about October 24, 2022, in the Middle District of Florida, and elsewhere, the defendant,

STEPHEN JAY THORN,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that is, Victim 1 and members of her immediate family, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence.

In violation of 18 U.S.C. § 875(c).

## COUNT TWO

On or about October 24, 2022, in the Middle District of Florida, and elsewhere, the defendant,

## STEPHEN JAY THORN,

did knowingly make telephone calls in interstate communications without disclosing his identity and with the intent to abuse, threaten, and harass Victim 1.

In violation of 47 U.S.C. § 223(a)(1)(C).

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: *[signature]*
Joseph H. Wheeler, III
Special Assistant United States Attorney

By: *[signature]*
Cherie Krigsman
Assistant United States Attorney
Chief, National Security Section

FORM OBD-34
September 23

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## STEPHEN JAY THORN

### INDICTMENT

Violations: 18 U.S.C. § 875(c)
47 U.S.C. § 223(a)(1)(C)

A true bill,

_____
Foreperson

Filed in open court this <u>6th</u> day

of September 2023.

_____
Clerk

Bail $_____

GPO 863 525