Monday, August 26, 2024 at 11:56:36 Eastern Daylight Time

**Subject:** Letter of Apology
**Date:** Monday, August 26, 2024 at 8:35:25 AM Eastern Daylight Time
**From:** Stephen Thorn
**To:** Jason Mayberry

To Whom It May Concern:

My name is Stephen Thorn, and I have been charged with threatening a federal judge in the Middle District of Florida.

Firstly, I want to sincerely apologize for any emotional distress this caused this judge and/or her immediate family members or staff to experience. I am a retired public school teacher, who has no criminal record, and my intention was not to threaten her and/or her immediate family members.

I realize now that rather than react to one of her rulings rashly and angrily immediately after reading a newspaper article about her ruling, I should have waited a minimum of 72 hours to make my point with her in a polite and professional manner, instead of handling it the way I did.

I am not attempting to justify my overreaction to her ruling, but please understand it was not coming from a place of malice in my heart and/or mind. I don't feel this is necessarily the time or the place to go into my reasons for leaving her the voicemail message I did, but suffice it to say I spent a large portion of my teaching career advocating for LGBTQ+ public school students, and volunteering for LGBTQ+ youth advocacy organizations in both Florida and in California. I am also the parent of two adult sons, one of whom is gay. Consequently, this factored into my overreaction, as well.

Again, I do want to genuinely apologize for causing this federal judge and/or her immediate family members or staff to experience any emotional distress. As a 65-year-old retired public school teacher, I definitely should have rethought the manner in which I left this voicemail.

Thank you,

Stephen Thorn


Sent from my iPhone